11-CV-05020-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW PETERSON,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, a Washington governmental agency,<br><br>Defendant. | NO. C11-5020 RJB<br><br>STIPULATED MOTION AND ORDER FOR DISMISSAL |

The parties, by and through their undersigned counsel, hereby move and stipulate that the above-referenced case may be dismissed with prejudice and without costs to any party.

GORDON THOMAS HONEYWELL LLP         CLARK COUNTY

By _____          By _____
James W. Beck, WSBA No. 34208       Darryl D. Walker, WSBA No. 22796
Attorney for Plaintiff              Attorneys for Defendant

STIPULATED MOTION AND ORDER OF DISMISSAL - 1 of 2
(C11-5020 RJB)
[100023646.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565

ORDER

This matter having come before the Court based on the Stipulation set forth above, the Court having reviewed the records and files herein and being fully advised in the premises, it is hereby

ORDERED that all claims in this action are dismissed with prejudice and without costs to any party.

DONE IN OPEN COURT this 24th day of August, 2011.

_____
THE HONORABLE ROBERT J. BRYAN

Presented by:

GORDON THOMAS HONEYWELL LLP

By _____
James W. Beck, WSBA No. 34208
Attorney for Plaintiff

CLARK COUNTY

By _____
Darryl D. Walker, WSBA No. 22796
Attorneys for Defendant

STIPULATED MOTION AND ORDER OF DISMISSAL - 2 of 2
(C11-5020 RJB)
[100023646.docx]

LAW OFFICES
GORDON THOMAS HONEYWELL LLP
1201 PACIFIC AVENUE, SUITE 2100
POST OFFICE BOX 1157
TACOMA, WASHINGTON 98401-1157
(253) 620-6500 - FACSIMILE (253) 620-6565